UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AARON GROSS, et ano.,

                Plaintiffs,

  -against-                                23 CIVIL 3380 (LAK)(JLC)

                                                  **JUDGMENT**

MADISON SQUARE GARDEN ENTERTAINMENT
CORP.,

                Defendant.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Opinion dated May 7, 2024, Defendant's motion to dismiss is granted in all respects; accordingly, the case is closed.

**Dated:** New York, New York

      May 8, 2024

                                                      **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                               **BY:**      *K. Mango*

                                                        **Deputy Clerk**